IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

    Plaintiff,                               No. CIV S-08-0813 GEB EFB P

    vs.

DUEL VOCATIONAL INSTITUTION, et al.,

    Defendants.                          <u>FINDINGS AND RECOMMENDATIONS</u>

/

      On April 18, 2008, the court found that plaintiff's application to proceed in forma pauperis lacked the certified copy of his trust account statement required by 28 U.S.C. § 1915(a)(2). The court ordered plaintiff to file the required trust account statement within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

      The 30-day period has expired and plaintiff has not filed the trust account statement or otherwise responded to the court's order.

      It therefore is RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days

1

1 after being served with these findings and recommendations, any party may file written
2 objections with the court and serve a copy on all parties.  Such a document should be captioned
3 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
4 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
5 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
6 Dated:  June 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2